UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRE BROWN, LYNN CAIN, CHERYL GERALD, DEBRA JONES, DONNA KELSAY, ANNE M.Z. NOVOTNY and GLORIA SALAZAR, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>SACRAMENTO REGIONAL TRANSIT DISTRICT,<br><br>      Defendant.<br>_____/ | NO. CIV. S-98-1719 LKK/JFM<br><br><br><br>O R D E R |

    The court is in receipt of plaintiffs' appeal of the special master's ruling on award of attorneys' fees and costs in the above-captioned case. The court hereby ORDERS as follows:

    1.  The matter is scheduled for oral argument on February 13, 2006 on the court's Law and Motion calendar at 10:00 a.m.

////

////

1

1   2.  An opposition brief, if submitted, must be filed no later
2 than January 13, 2006 at 4:30 p.m.  No reply brief will be
3 entertained.
4   IT IS SO ORDERED.
5   DATED:  December 19, 2005.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```